# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 19cr2290 JM |
|---|---|
| Plaintiff, | ORDER GRANTING |
| v. | UNITED STATES' MOTION TO DISMISS THE INFORMATION AND JUDGMENT |
| ALICIA ORNELAS MACIAS, | |
| Defendant. | |

Upon motion of the United States, (Doc. No. 30), and good cause shown, IT IS HEREBY ORDERED that the Information against Defendant Alicia Ornelas Macias be dismissed without prejudice. The pending Trial date of November 12, 2019 is vacated.

DATED: November 8, 2019

JEFFREY T. MILLER
United States District Judge